GEORGIE PETRIE, an Infant, by Guardian, Respondent, *v.* FREDERICK WILLIAMS, Impleaded, etc., Appellant.

*Petrie* v. *Williams*, 88 Hun, 292, affirmed.
(Submitted June 11, 1897; decided June 25, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered

July 17, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*Watson M. Rogers* for appellant.

*Elon R. Brown* for respondent.

Judgment affirmed, with costs, on opinions below.

All concur, except GRAY, J., absent, O'BRIEN, J., not voting and MARTIN, J., not sitting.